**Statement of Facts**

On Thursday, July 21, 2011, Metropolitan Police Department Detective Timothy Palchak was acting in an undercover capacity as part of a multi-jurisdictional MPD/FBI Child Exploitation Task Force. Detective Palchak was operating out of a satellite office in Washington, D.C., monitoring individuals in a chat room on a social networking site. This chat room is frequented by individuals who have a sexual interest in prepubescent children.

On that date, at approximately 4:30 p.m., Detective Timothy Palchak posted a message in the public area of a predicated "older4yngr" chat room. The message read, "any other no limit bi males in the DC VA area?" At approximately 4:32 p.m., Detective Palchak received a private instant message from an individual using the screen name, "Doug4ynger", later identified as the defendant, Douglas Payne, stating, "me". The defendant wrote that he had a sexual interest in boys between the ages of 11 and 13. The defendant identified himself as Doug, a 48 year-old male residing in Springfield, Virginia. Detective Palchak informed the defendant that he was sexually active with a purported 12 year-old boy. The defendant stated that he was not sexually active with kids but wished that he was. During the course of the chat, Detective Palchak and the exchanged Yahoo Instant Messenger screen names and began communicating within Yahoo.

The defendant used the Yahoo display name, "nova_sux". During the course of the private Yahoo Instant Messenger chat, the defendant asked "tell me about yr friend". Detective Palchak described the purported 12 year-old boy as "the jock type vers dark hair nice lil cock and gets really pervy for his age". Detective Palchak further indicated the boy is "really cute and cool with everything" and "has taken piss, given it throat fuck". After the defendant asked, "would he give me piss?" Detective Palchak responded, "oh hell yeah, I've shared him with a few other pervs very good time". The defendant stated, "id REALLY love to share him". After the defendant asked for a photo of the boy, Detective Palchak sent the defendant two photos of the purported child via Yahoo photo share. The defendant responded, "WHOA" and "i am very interested". The defendant stated "hes a god", "love that hes pervy", and further asked "think hed like me?" and "will he fuck me". The defendant further stated that he wanted to perform oral sex on the purported boy's anus. At approximately 5:17 p.m., the defendant sent Detective Palchak two images of himself via Yahoo photo share. During the course of the chat, the defendant and Detective Palchak exchanged phone numbers and made plans to meet the following week.

On July 21, 2011, at approximately 7:30 pm., Detective Palchak and the defendant exchanged text messages. The defendant agreed to meet Detective Palchak at a location in Washington, DC, on Tuesday, July 26, 2011 at 12:00 p.m., for the purpose of engaging in sexual acts with a 12 year-old boy.

On July 21, 2011, at approximately 9:00 p.m., Detective Miguel Miranda conducted a law enforcement database search and identified the defendant as, Douglas Payne, W/M, X/XX/XXXX, residing at XXXX XXXXXX XX, Springfield, Virginia.

On July 25, 2011, at approximately 5:20 p.m., Detective Palchak and the defendant again communicated by Yahoo Instant Messenger chat. During the chat, the defendant indicated he was

nervous about meeting but, "its a big turn on tho." The defendant further asked, "he wants to fuck me?" and "cant think of anything i want more". The defendant further stated, "i cant wait to meet him". The defendant and Detective Palchak also discussed plans to meet on Thursday, July 28, 2011, at 12:00 p.m. The defendant further asked, in reference to the purported boy, "did you show him what i look like?" and "hope he likes me".

On July 27, 2011, at approximately 8:28 p.m., Detective Palchak and the defendant again communicated by Yahoo Instant Messenger chat. The defendant indicated he was nervous and scared, but stated "can't wait to meet". After Detective Palchak stated "and again no worries if you dont want to" the defendant responded "i DO want to".

Between July 21, 2011, and July 27, 2011, Detective Palchak and the defendant exchanged text messages and had a phone conversation about the planned meeting.

On Thursday July 28, 2011, at approximately 12:03 p.m., the defendant arrived at the prearranged location in the District of Columbia and introduced himself to Detective Palchak as "Doug." The defendant was then arrested. The defendant produced a Virginia Driver's License bearing the name, Douglas Payne. The defendant was transported to FBI for processing. Following his arrest, the defendant waived his <u>Miranda</u> rights and admitted that he used the screen name "nova_sux", admitted to discussing engaging in sexual contact with a boy on a chat room, and admitted to traveling from Virginia to the District of Columbia.

_____
SERGEANT MORANI HINES
Sergeant, Metropolitan Police Department

Sworn and subscribed to before me this            day of July 2011

_____
DEBORAH A. ROBINSON
United States Magistrate Judge